UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Joey Miller                                      Docket No. 7:14-CR-27-1BO

**Petition for Action on Probation**

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joey Miller, who, upon an earlier plea of guilty to Engaging in the Business of Dealing in Firearms Without a License, in violation of 18 U.S.C. §§ 922(a)(1)(A) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 11, 2014, to 48 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 1, 2018, the defendant was charged in Duplin County, North Carolina, with Driving While Impaired (18CR50650) and Driving While License Revoked (18CR701398). The charges are pending adjudication in Duplin County District Court. When the undersigned probation officer confronted the defendant about this violation conduct, he admitted that he operated a motor vehicle after consuming alcohol and expressed remorse for his actions. As a sanction for this conduct, completion of 24 hours of community service is recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and, if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing
                                               is true and correct.

/s/ Robert L. Thornton                         /s/ J. Brock Knight
Robert L. Thornton                             J. Brock Knight
Supervising U.S. Probation Officer             U.S. Probation Officer
                                               2 Princess Street, Suite 308
                                               Wilmington, NC 28401-3958
                                               Phone: 910-679-2030
                                               Executed On: April 5, 2018

Joey Miller
Docket No. 7:14-CR-27-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___F___ day of __April__, 2018, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge